**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

ROBERT T. McCARTY and	Case No. 8:12-bk-06885-MGW
MARY LINDA YOUNG-McCARTY,	Chapter 11

    Debtors.
_____

ROBERT T. McCARTY and
MARY LINDA YOUNG-McCARTY,	12-AP-1150-MGW

    Plaintiffs,
vs.

CENTERSTATE BANK OF FLORIDA,
N.A.,

    Defendant.
_____/

**ORDER DENYING PLAINTIFFS'**
**EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

THIS PROCEEDING came on for hearing on January 9, 2013, of the Emergency Motion for Preliminary Injunction ("Motion") (Doc. No. 6) filed by the Plaintiffs. Appearances were made as reflected on the record. The Court heard argument of counsel, and for the reasons stated orally and recorded in open court that shall constitute the decision of the Court, it is

    **ORDERED** that the Motion is DENIED.

    **DONE** and **ORDERED** in Chambers at Tampa, Florida, on __January 17, 2013__.

_____
MICHAEL G. WILLIAMSON
UNITED STATES BANKRUPTCY JUDGE

Copies to:

Tanya M. Comparetto, Esq.
1937 East Edgewood Drive
Lakeland, FL 33803
*Counsel for Defendant*

Richard B. Feinberg, Esq.
Debt Relief Legal Group, LLC
901 W. Hillsborough Avenue
Tampa, FL 33603
*Counsel for Plaintiffs*