UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Robert T. McCarty
Mary Linda Young-McCarty

    Debtors.
_____/

Case No. 12-bk-06885-MGW
Chapter 11

Robert T. McCarty and Mary
Linda Young-McCarty,

    Plaintiffs,

v.

CenterState Bank of Florida, N.A.,

    Defendant.
_____/

Adv. Pro. No.8:12-ap-01150-MGW

**ORDER GRANTING MOTION FOR RECONSIDERATION OF**
**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**

THIS PROCEEDING came on for hearing on January 22, 2013, at 10:00 a.m., on the Debtors' Emergency Motion for Relief from Order Denying Emergency Motion for Preliminary Injunction ("Motion for Reconsideration") (Doc. No. 13). On December 14, 2012, the Debtor moved to enjoin CenterState Bank of Florida, N.A. from proceeding with a state court foreclosure action (the "Foreclosure Litigation") against real property located at 15 Abbey Court, Haines City, Florida 33844 (the "Property") (Doc. No. 6).[1]

---

[1] The Foreclosure Litigation is pending in the Circuit Court for the Tenth Judicial Circuit, in and for Polk County, Florida, styled *CenterState Bank of Florida v. McCarty, et al.*, Case No. 2012-CA-002753-WH.

The Court denied the Debtors' motion for injunctive relief at a January 9, 2013 hearing (Doc. No. 16). The Debtors now seek reconsideration of that order. For the reasons stated orally and recorded in open court, the Court finds it appropriate to reconsider its previous order denying the Debtors' request for injunctive relief. Accordingly, it is

**ORDERED:**

1. The Motion for Reconsideration is GRANTED subject to the terms set forth below.

2. CenterState is hereby enjoined from proceeding with the Foreclosure Litigation The preliminary injunction is effective as of the Court's oral ruling January 22, 2013, at 10:25 a.m. ("Effective Date").

3. Within 14 days of the Effective Date, the Debtors must bring the mortgage payments owed to CenterState current. The cure amount shall be calculated by multiplying the regular monthly mortgage payment by the number of missed payments.

4. Also within 14 days of the Effective Date, the Debtors must provide CenterState with a copy of the homeowners' insurance policy covering the Property.

5. All unpaid property taxes, including 2012 taxes with respect to the Property, must be paid timely. The Debtor shall provide receipt of payment to CenterState.

6. The Court reserves jurisdiction to resolve any disputes regarding the cure amount set forth in paragraph 3 above or to determine either party's entitlement to attorney's fees and costs.

7. The Pre-Trial Conference scheduled for February 19, 2013 will be continued until the Confirmation hearing to be scheduled by further order of this Court.

8.   Debtors will not be required to post a bond.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on February 19, 2013 _____.

Michael G. Williamson
United States Bankruptcy Judge

Copies to:

**Debt Relief Legal Group**, LLC, 901 W. Hillsborough Avenue, Tampa, FL 33603-1309
**Nicole W. Peair, Esq.**, Assistant U. S. Trustee, 501 E. Polk Street #1200, Tampa, FL 33602
**Tanya M. Comparetto, Esq.**, 1937 E Edgewood Drive, Lakeland, FL 33803
**Robert Mary McCarty, Debtor(s)**, 3 Lefe Ct, Haines City FL 33844-8941